UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                                         CASE NO: 2:16-cr-6-FtM-38CM

MICHAEL CHARLES MCKINNEY

### ORDER

This matter comes before the Court on the Request for Leave to Dismiss Indictment ([Doc. #3](Doc. #3)) filed on July 13, 2016. The Government moves the Court for leave to dismiss the Indictment filed against the Defendant. The Court, having considered the argument outlined in the motion, finds good cause and will grant the relief requested.

Accordingly, it is now

**ORDERED:**

The Request for Leave to Dismiss Indictment ([Doc. #3](Doc. #3)) is **GRANTED**. The Clerk is directed to close the case as to the Defendant.

**DONE AND ORDERED** at Fort Myers, Florida, this July 14, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record